## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

CHARLES W. EDEN,                          )
                                          )
      Plaintiff,                          )
                                          )
v.                                        )          Case No. CIV-22-95-SLP
                                          )
KATHY STOKER, et al.,                     )
                                          )
      Defendants.                         )

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered March 23, 2022 [Doc. No. 10]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED and Plaintiff's Applications for Leave to Proceed In Forma Pauperis [Doc. Nos. 7, 9] are DENIED. Plaintiff shall pay the $402.00 filing fee not later than May 11, 2022. Plaintiff is advised that if he fails to timely pay the filing fee, this action shall be dismissed without prejudice.

IT IS SO ORDERED this 20th day of April, 2022.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE